IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
|     Debtors | : Case No. 1:18-bk-01882 |
| | : |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
|     Objectors | : |
| | : |
| Lakeview Loan Servicing, LLC | : |
| | : |
|     Claimant | : |

## OBJECTION TO CERTIFICATE OF DEFAULT

**AND NOW,** the Debtors, by and through their attorney, Dawn M. Cutaia, of Pugh & Cutaia, PLLC, file this Objection to Certificate of Default and in support thereof state the following:

1. Debtors filed a stipulation on August 12, 2019.

2. Stipulation was approved on August 13, 2019.

3. Counsel for Debtors and counsel for Mortgagee are still negotiating a possible settlement to determine whether debtors really are in default.

**WHEREFORE,** Debtors respectfully request this Honorable Court deny the Certificate of Default.

Date: 02/09/2021                                                                                         Respectfully Submitted,

                                                                                             /s/ Dawn M. Cutaia
                                                                                            Pugh & Cutaia Law, PLLC
                                                                                             115 E. Philadelphia Street

York, PA 17401
717-304-1841
[cutaialaw@gmail.com](mailto:cutaialaw@gmail.com)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
|     Debtors | : Case No. 1:18-bk-01882 |
| | : |
| Tarsha La'shaun Holmes-Taru | : |
| Jafar Taru | : |
|     Objectors | : |
| | : |
| Lakeview Loan Servicing, LLC | : |
| | : |
|     Claimant | : |

**ORDER**

    Upon consideration of the Debtors' Objection to Certificate of Default filed by Lakeview Loan Servicing, LLC, it is hereby ordered that the Claimant's Certificate of Default be denied.